IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROEL VICENTE, et al.,

     Plaintiffs,                       CIV. NO. S-11-0656 GGH (TEMP)

    vs.

BANK OF AMERICA,                    ORDER AND

     Defendant.                    ORDER TO SHOW CAUSE

         Plaintiffs are proceeding in this action represented by counsel. Defendant Bank of America's motion to dismiss is presently noticed for hearing on the May 5, 2011, law and motion calendar of the undersigned. Opposition to motions, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date. E.D. Cal. L. R. 78-230(c). Court records reflect that plaintiffs failed to file opposition or a statement of non-opposition to the motion.

         Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L. R. 11-110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Additionally, "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed." E.D. Cal. L. R. 78-230(c).

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of May 5, 2011 is vacated and the matter will be taken under submission at the expiration of the new date to file opposition.

2. Plaintiffs shall show cause, in writing, no later than May 5, 2011 why sanctions should not be imposed for failure to timely to file opposition or a statement of non-opposition to the pending motion.

3. Plaintiffs are directed to file opposition, if any, to the motion, or a statement of non-opposition thereto, no later than May 5, 2011.  Failure to file opposition, or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

DATED: April 25, 2011                              /s/ Gregory G. Hollows
                                                   _____
                                                   U.S. MAGISTRATE JUDGE

JMM
vicente.nop.ggh